

# THE THIRTEENTH COURT OF APPEALS

### 13-16-00210-CV

PLAINSCAPITAL BANK
v.
RICARDO DIAZ MIRANDA

On Appeal from the
275th District Court of Hidalgo County, Texas
Trial Cause No. C-6048-13-E

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that that PlainsCapital is entitled to the following unpaid balances of principal and interest: (1) $935,107.76 on the Moorefield Note; (2) $4,482,769.13 on the McColl Note; and (3) $2,146,685.62 on the Cold-Storage Note. We further render that Diaz take nothing in attorneys' fees. Costs of the appeal are adjudged against the appellee.

We further order this decision certified below for observance.

March 15, 2018